THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Dante Lamont McGill, Appellant.
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2011-UP-351
 Submitted June 1, 2011  Filed June 29,
2011   

AFFIRM

 
 
 
 Appellate Defender M. Celia Robinson, of Columbia, for Appellant.
 J. Benjamin Aplin, of Columbia, for Respondent.
 
 
 

PER CURIAM: Dante
 Lamont McGill appeals the revocation of his probation, arguing the circuit
 court erred in revoking probation where the State failed to present an adequate
 evidentiary basis for the alleged violations.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities: State v.
 Hamilton, 333 S.C. 642, 647, 511 S.E.2d 94, 96 (Ct. App. 1999) ("The
 decision to revoke probation is addressed to the discretion of the circuit
 judge.  This court's authority to review such a
 decision is confined to correcting errors of law unless the lack of a legal or
 evidentiary basis indicates the circuit [court]'s decision was arbitrary and
 capricious." (citations omitted)); State v. Lee, 350 S.C. 125, 131-132, 564 S.E.2d 372, 376 (Ct. App. 2002) (holding that there was a "sufficient factual basis
 to support the revocation" when appellant admitted to violating the
 conditions of his probation).
AFFIRMED.
FEW, C.J.,
 HUFF, J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.